UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UUSI, LLC,<br>         Plaintiff,<br><br>-v-<br><br>LOREN STIEG, S&S INNOVATIONS CORP.<br>AND TATTLER REUSABLE CANNING<br>LIDS, LLC,<br>         Defendants. | No. 1:15-cv-427<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed all pending claims in this lawsuit, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   June 7, 2016                                              /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 United States District Judge